UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS JACKSON,

         Petitioner,

v.                                                    CASE NO. 07-CV-10550
                                                      HONORABLE JOHN CORBETT O'MEARA

LINDA M. METRISH,

         Respondent.
_____/

## ORDER DISMISSING CASE

Marcus Jackson ("Petitioner"), a state prisoner presently confined at the Kinross

Correctional Facility in Kincheloe, Michigan, has filed a memorandum of law in support of his

*pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his

convictions for first-degree murder, assault with intent to commit murder, armed robbery, felon

in possession of a firearm, and possession of a firearm during the commission of a felony which

were imposed by the Wayne County Circuit Court in 2001. He has also filed motions for

evidentiary hearing, for discovery of records, and to proceed *in forma pauperis* on appeal.

Petitioner has already filed a habeas action challenging the same convictions with this

Court, which is pending before the Honorable Bernard A. Friedman. *See Jackson v. Metrish*,

Case No. 06-CV-15464. Accordingly, the instant action must be dismissed as duplicative. A

suit is duplicative, and subject to dismissal, if the claims, parties, and available relief do not

significantly differ between the two actions. *See, e.g., Barapind v. Reno*, 72 F. Supp. 2d 1132,

1145 (E.D. Cal. 1999) (internal citations omitted). The instant action is duplicative of his

1

Dockets.Justia.com

pending first habeas petition.  In fact, it appears that Petitioner may have been attempting to file

the instant pleadings as part of his original habeas action, but failed to include the original case

number at the time of submission.  In any event, because Petitioner challenges the same

convictions in both petitions and raises similar claims, the Court will dismiss this second petition

as duplicative.  *See Harrington v. Stegall,* 2002 WL 373113, *2 (E.D. Mich. Feb. 28, 2002);

*Colon v. Smith*, 2000 WL 760711, *1, n. 1 (E.D. Mich. May 8, 2000); *see also Davis v. United*

*States Parole Comm'n*, 870 F.2d 657, 1989 WL 25837, *1 (6th Cir. March 7, 1989) (district court

may dismiss a habeas petition as duplicative of a pending habeas petition when the second

petition is essentially the same as the first petition).

Accordingly, the Court **DISMISSES** the instant case as duplicative.  This dismissal is

without prejudice to the habeas petition filed as Case No. 06-CV-15464.  The instant pleadings

shall be filed as new pleadings in the pre-existing case.

**IT IS SO ORDERED**.

s/John Corbett O'Meara
United States District Judge


Dated:  February 13, 2007


I hereby certify that a copy of the foregoing document was served upon Petitioner on this date,
February 13, 2007, by U.S. mail.


s/William Barkholz
Case Manager